UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                              CASE NO. 4:09cr00076

HENRY DEWUANE GREEN                                                                      DEFENDANT

## ORDER

The United States requests dismissal of the indictment filed against Henry Dewuane Green [Doc. No. 22]. For good cause shown, the motion is granted. The indictment is dismissed without prejudice.

IT IS SO ORDERED this 26th day of July, 2010.

_____
UNITED STATES DISTRICT JUDGE